| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Eddy, Cynthia R. | 2. Court or Organization<br><br>U.S. District Court, Western District of Pennsylvania | 3. Date of Report<br><br>07/11/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. District Court, Western District of Pennsylvania<br>700 Grant Street<br>Pittsburgh, PA 15219 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank (cash) | A | Interest | M | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. PNC Treasury Money Market Fd Cl A (PRAXX) (cash) | A | Dividend | J | T | Sold (part) | 01/19/18 | J | | |
| 4. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 5. | | | | | Sold (part) | 04/13/18 | J | | |
| 6. | | | | | Sold (part) | 07/13/18 | J | | |
| 7. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 8. | | | | | Sold (part) | 10/19/18 | J | | |
| 9. | | | | | Sold | 12/28/18 | J | | |
| 10. | | | | | Buy | 12/31/18 | J | | |
| 11. American Century Mid Cap Value Inv (ACMVX) | B | Dividend | J | T | | | | | |
| 12. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | | | | | |
| 13. American Growth Fund of America F1 (GFFFX) | D | Dividend | K | T | Sold (part) | 03/06/18 | J | | |
| 14. Eaton Vance Global Macro Abs Ret I (EGRIX) | | None | | | Sold | 12/31/18 | K | | |
| 15. Federated Total Return Bond Is (FTRBX) | C | Dividend | L | T | Buy (add'l) | 12/28/18 | K | | |
| 16. Fidelity Advisor Floating Rate (FFRIX) | A | Dividend | K | T | | | | | |
| 17. Harding Loevner Intl Equity Port Inv (HLMIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Developing Markets Fd A (GTDYX) | A | Dividend | J | T | | | | | |
| 19. JP Morgan Value Adv Fd Cl I (formerly Cl L) (JVAIX) | C | Dividend | L | T | | | | | |
| 20. Lazard Global Listed Infra Instl (GLIFX) | | None | K | T | Buy | 12/28/18 | K | | |
| 21. Lord Abbett Short Duration Inc Cl F (LDLFX) | B | Dividend | K | T | Buy (add'l) | 12/28/18 | J | | |
| 22. Mainstay Epoch Global Equity Yld I (EPSYX) | B | Dividend | | | Sold | 12/28/18 | K | | |
| 23. Pimco Real Return Fund Cl I3 (formerly Cl I2) (PRLPX) | A | Dividend | K | T | | | | | |
| 24. Invesco Exchange (formerly Powershares) FTSE RAFI US 1000 (PRF) | B | Dividend | L | T | | | | | |
| 25. Templeton Global Bond Adv Cl (TGBAX) | A | Dividend | | | Sold | 12/28/18 | J | | |
| 26. T Rowe Price Real Estate Fund (TRREX) | A | Dividend | K | T | | | | | |
| 27. T Rowe Price Intl Discovery Fund (PRIDX) | A | Dividend | J | T | | | | | |
| 28. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | | | | | |
| 29. Vanguard Scottsdale Russell 1000 Growth (VONG) | A | Dividend | L | T | Sold (part) | 09/06/18 | J | | |
| 30. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | |
| 31. IRA #2 (H) | | | | | | | | | |
| 32. JP Morgan Chase Bank NA (cash) | | None | | | Redeemed | 01/31/18 | L | | |
| 33. Federated Prime Cash Obligations Fund SS (PRCXX) (cash) | A | Dividend | L | T | Buy | 01/31/18 | L | | |
| 34. Lululemon Athletica Inc (LULU) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GS Fin Corp Mtn Zero Cpn (40054LS39) | | None | L | T | | | | | |
| 36. BROKERAGE #1 (H) | | | | | | | | | |
| 37. PNC Treasury MM (cash) | A | Interest | K | T | | | | | |
| 38. Aberdeen Ultra Short Municipal Inc Instl (ATOIX) | A | Dividend | J | T | | | | | |
| 39. American Funds Europacific (AEGFX) | A | Dividend | J | T | | | | | |
| 40. Blackrock Capital Appreciation (MDFGX) | A | Dividend | J | T | | | | | |
| 41. Blackrock Equity (MDDVX) | A | Dividend | J | T | | | | | |
| 42. Carillon Eagle Mid Cap Growth (HAGAX) | A | Dividend | J | T | | | | | |
| 43. Franklin Utilities (FKUTX) | A | Dividend | J | T | | | | | |
| 44. Oppenheimer Developing Markets (ODMAX) | A | Dividend | J | T | | | | | |
| 45. Royce Special Equity (RYSEX) | A | Dividend | J | T | | | | | |
| 46. Blackrock ST Municipal Fund (MELMX) | A | Dividend | J | T | | | | | |
| 47. Invesco Tax Free Intermediate Fund (ATFAX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3, 14, and 16: These assets became reportable in 2018 without corresponding reportable transactions.

Part VII, line 38: Name change; see 2017, line 95.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544